FILED: April 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1246
(1:22-cv-01153-RDA-WBP)

_____

DANIELLE TAYLOR

    Plaintiff - Appellant

v.

REVATURE LLC

    Defendant - Appellee

_____

O R D E R

_____

The court denies leave to proceed in forma pauperis without prejudice to filing a completed IFP application.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk