**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

April 21, 2025

_____

IFP APPLICATION NOTICE

_____

No. 25-1246,   <u>Danielle Taylor v. Revature LLC</u>
             1:22-cv-01153-RDA-WBP

TO: Danielle Taylor

The purpose of the in forma pauperis (IFP) application is to determine an applicant's indigency—that is, whether the applicant has sufficient resources to pay the applicable filing fee.

As you have noted, you paid the filing fee in the district court and neither applied nor was approved to proceed IFP. Therefore, it is for this Court to consider your application to proceed IFP on appeal.

The IFP application seeks information related not only to an appellant's income, but also her savings, assets, liabilities, and expenses. This provides a wholistic view of the applicant's financial picture. Your completed application identifies a weekly income range, but fails to identify any savings, assets, liabilities, or expenses with specificity. Thus, based on the lack of sufficient detailed information, it is impossible to determine your inability to pay.

Recognizing your concern about completing the application in full, please be advised that IFP applications are sealed on the Court's docket. Additionally, the ability to pay the filing fee in installments applies to prisoners, pursuant to Local Rule 24(a). As you are not a prisoner, this does not apply to you.

Accordingly, should you wish to seek the Court's permission to proceed IFP, please complete the attached "Application to Appeal In Forma Pauperis" by May

19, 2025.


Paige L. Ballard, Deputy Clerk
804-916-2702