FILED: May 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1246
(1:22-cv-01153-RDA-WBP)
_____

DANIELLE TAYLOR

    Plaintiff - Appellant

v.

REVATURE LLC

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of appellant's April 21, 2025, notice, which the court construes as a motion to reconsider the April 18, 2025, order denying appellant's motion to proceed in forma pauperis, the court denies the motion to reconsider.

For the Court

/s/ Nwamaka Anowi, Clerk