UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

PETITION FOR REHEARING EN BANC FOR FORMA PAUPERIS

_____


No. 25-1246, Danielle Taylor v. Revature LLC
1:22-cv-01153-RDA-WBP


## Petition for rehearing en banc.

A material factual and a legal matter was overlooked in the decision from 4/18/25 and 5/1/2025

Overlooked legal matters- Neither order explained any legal reasoning for the denial. The procedure of F.R.A.P. 26 was not followed. Additionally, F.R.A.P 25 (4) expressly forbids the clerk from rejecting filings simply because boiler plate form or custom wasn't used- that's essentially what both orders were.

Overlooked factual matters- the fact that I am homeless. If I can't afford housing, how can I afford this fee?


The proceeding involves two questions of exceptional importance

Public Access to the courts is of exceptional importance. If someone can't afford housing, and is not on any government assistance, thus paying for all of their own essentials, that's where all the money goes. What does indigent mean? It means not being able to afford the filing fee?

While I was working for Revature, they told me I wasn't allowed to keep a lease or acquire any permanent housing. I got priced out of the local markets several times and had to move more than 10 times while I worked for Revature. In my travels, I've visited all the states in the 4th circuit.

Questions of homelessness and poverty present an exceptionally important concern to the 4th Circuit because it is a poverty heavy circuit. I've seen a lot of poverty in West Virginia, North Carolina, and South Carolina.

Maryland has extreme poverty. People sleeping on the streets, in 24 hour businesses, in cars, in public transportation.

How can I be expected to afford a $605 fee if I don't have enough money for housing? How could you expect anyone to pay a $605 fee if they can't afford housing? Has anyone who works at the 4th Circuit Court of Appeals ever experienced homelessness?

I will find a way to get an extra $605 but it will come at a disproportionately heavy burden. I'll have to eat one and a half meals a day, instead of three. I'll have to work 12-hour days, with no days off. And I'll still be unhoused at the end of that. Seems cruel to force the fee. Is that the goal here, to enforce cruelty upon me?

Another issue of exceptional importance - procedural due process protected by the U.S. constitution. The two orders denying the forma pauperis, these two orders violate procedural due process. I understand forma pauperis itself isn't a right - the procedure of FRAP 26 is the right and that process wasn't followed- this is where the violation is.

Additionally, this action may pierce judicial immunity. It is outside judicial functions to make orders without adhering to the rules of FRAP. For the same reason, the clerk's rejection may also pierce judicial immunity given FRAP 25(4).


<u>Enclosure.</u>

Danielle Taylor
Pro Se Plaintiff
May 3, 2025.