# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 28, 2025

_____

## RULE 45 NOTICE

_____

No. 25-1246,   Danielle Taylor v. Revature LLC
              1:22-cv-01153-RDA-WBP

TO:   Danielle Taylor

**DEFAULT(S) MUST BE REMEDIED BY:** 06/12/2025

Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the default(s) identified below are remedied within 15 days of the date of this notice through receipt of the requisite form(s) or fee in the appropriate clerk's office. The forms are available for completion as links from this notice and at the court's website, www.ca4.uscourts.gov.

[✓] Filing fee must be paid to Clerk, U. S. District Court, or **IFP-Application to proceed in forma pauperis** must be received in the Court of Appeals clerk's office.

Paige L. Ballard, Deputy Clerk
804-916-2702