FILED: June 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1246
(1:22-cv-01153-RDA-WBP)

_____

DANIELLE TAYLOR

    Plaintiff - Appellant

v.

REVATURE LLC

    Defendant - Appellee

_____

RULE 45 MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*