FILED: July 16, 2025

United States Court of Appeals For the Fourth Circuit

No. 25-1246

(1:22-cv-01153-RDA-WBP)

Danielle Taylor

    Plaintiff- Appellant

v.

Revature LLC

    Defendant-Appellee

Motion for Reconsideration of July 8, 2025 Decisions

_____

Pursuant to Local Rule 27(b). Procedural Orders Acted on by Clerk; Reconsideration Thereof

"Any party adversely affected by an order entered by the clerk pursuant to this rule shall be entitled to request reconsideration of the clerk's action by the Court, if within 14 days after entry of the order, such party shall file with the clerk and serve upon the parties to the proceedings a request, in writing, for reconsideration, vacation or modification of the order, stating the grounds for such request. The clerk shall thereupon submit to the Court the request for reconsideration, vacation or modification, the motion or application upon which the order was entered, and any responses by other parties which may have been filed in support or opposition to the request. The Court may thereafter take such action as may be proper."

Please see the attached Informa Pauperis Application.