FILED: July 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1246
(1:22-cv-01153-RDA-WBP)

_____

DANIELLE TAYLOR

    Plaintiff - Appellant

v.

REVATURE LLC

    Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellant's motion to reconsider the order dated July 8, 2025, which denied a motion for rehearing of the Rule 45 dismissal of this appeal, the court denies the motion. The court denies as moot the motion to proceed in forma pauperis.

For the Court

/s/ Nwamaka Anowi, Clerk