FILED: July 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1246
(1:22-cv-01153-RDA-WBP)

_____

DANIELLE TAYLOR

    Plaintiff - Appellant

v.

REVATURE LLC

    Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to reopen case, the court denies the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk