FILED:  July 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1246
(1:22-cv-01153-RDA-WBP)

_____

DANIELLE TAYLOR

Plaintiff - Appellant

v.

REVATURE LLC

Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellant's motion for reconsideration, the court

denies the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk